NRD (12/1/15)

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

April 1, 2016

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re )
**Luke Gary Spencer** )
**Maisie Elaine Spencer** ) Case No. **11–30211–rld13**
*Other names used by debtor:* L&M Land Development, )
LLC )
Debtor(s) ) NOTICE RE COMPLETION OF
 ) PLAN PAYMENTS; DEBTOR
 ) **REQUIREMENT(S) FOR ENTRY**
 ) **OF DISCHARGE;** INTENT TO
 ) POSSIBLY CLOSE CASE
 ) WITHOUT ENTRY OF
 ) DISCHARGE; AND 11 USC
 ) §522(q)(1) MOTION DEADLINE
 )

The trustee has notified the court that the plan payments in this Chapter 12/13 case have been completed, now, therefore,

**NOTICE IS GIVEN THAT** the debtor(s) must completely fill out, sign, and file Local Bankruptcy Form (LBF) 525, Individual Debtor's Certification Regarding Payment of Domestic Support Obligations In a Chapter 12/13 Case, and Statement Re 11 USC §522(q)(1) Applicability, within 21 days of the "Filed" date above, with the Clerk, U.S. Bankruptcy Court, or else this case may be closed, upon completion of all case administration, without entry of a Discharge Order or further notice.

**NOTICE IS FURTHER GIVEN THAT** any interested party wishing to file a motion for the court to not enter a discharge because there is a pending proceeding for which the debtor(s) may be found guilty of a felony or liable for a debt of a kind described in 11 USC §522(q)(1) shall, within 21 days of the "Filed" date above, file a written motion with the Clerk, U.S. Bankruptcy Court, including a completed Certificate of Service on the debtor(s), any Trustee, U.S. Trustee, and their respective attorneys.

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204